UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ARMIN ELAHI | CIVIL ACTION NO. 26-0274 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SCOTT LADWIG, ET AL. | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the Court is a Motion for Expedited Consideration (Record Document 14) filed by habeas Petitioner, Armin Elahi ("Petitioner"). The Government has appeared in this matter and had been ordered to answer by April 10, 2026.

Petitioner challenges the legality of his detention following the revocation of his Order of Supervision. See id. He asserts violations of federal regulations, the Due Process Clause, the Administrative Procedure Act, and related doctrines. See id. Petitioner further alleges ongoing and serious medical issues. See id.

Given the nature of the allegations and the liberty interests implicated, the Court finds that expedited consideration of the Habeas Petition is appropriate. Accordingly,

**IT IS ORDERED** that Petitioner's Motion for Expedited Consideration (Record Document 14) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Habeas Petition (Record Document 1) is hereby **REFERRED** to Magistrate Judge Hornsby for the issuance of an expedited briefing schedule.

The Court will simultaneously issue a separate ruling addressing Petitioner's Motion for Release Pending Adjudication (Record Document 13).

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 24th day of February, 2026.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT