**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

ARMIN ELAHI                                           CIVIL ACTION NO. 26-0274

VERSUS                                                JUDGE S. MAURICE HICKS, JR.

SCOTT LADWIG, ET AL.                                  MAGISTRATE JUDGE HORNSBY

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, noting there were no written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus (Record Document 1) is **GRANTED**. Respondents must release Petitioner as soon as reasonably possible and must notify the Court of Petitioner's release within 24 hours of Petitioner's release via email: motions_hicks@lawd.uscourts.gov.

**IT IS FURTHER ORDERED** that the Motion for an Order on the Report & Recommendation (Record Document 40) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Motion for Expedite the Motion for an Order on the Report & Recommendation (Record Document 41) is **DENIED AS MOOT**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 15th day of May, 2026.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT